**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:26-cr-35 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| DEWAYNE RANDAL STILLWELL | ) | Magistrate Judge Christopher H. Steger |

# O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 29) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the four count Indictment; (2) accept Defendant's guilty plea to Count One of the four count Indictment; (3) adjudicate Defendant guilty of possession with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 29) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the four count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One of the four count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A);
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **February 10, 2027, at 2:00 p.m**.

**SO ORDERED.**

**/s/** ______________________________
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**